# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS ROLLINS,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>        Defendants. | Case No. CV 09-4939-RSWL (JEM)<br><br>**JUDGMENT** |

    In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

    **IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

DATED: 03-23-10

*RONALD S.W. LEW*
_____
RONALD S. W. LEW
UNITED STATES DISTRICT JUDGE